IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, et al, | Case Number: 8:06CV16 |
| Plaintiffs, | |
| v. | REASSIGNMENT ORDER |
| AMERICAN RE-INSURANCE COMPANY, | |
| Defendant. | |

The Clerk's office has been advised that the parties do not consent to proceed before a United States Magistrate Judge. Accordingly,

IT IS ORDERED that this case is reassigned to Chief Judge Joseph F. Bataillon for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 5th day of June, 2006.

BY THE COURT:


s/ Joseph F. Bataillon, Chief Judge
United States District Court