IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THERMAL DESIGN, INC., | ) | Case No. 8:06CV716 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| INTERTAPE POLYMER MANAGEMENT, INC., | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1. On or before **September 13, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Senior District Judge Lyle E. Strom, at strom@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for August 27, 2007, is cancelled upon the representation that this case is settled.

Dated this 14th day of August 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge