IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE, et al., | ) | |
| | ) | 8:06CV16 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AMERICAN RE-INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion and following a conference call with counsel for the parties,

**IT IS ORDERED:**

1. Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall serve opposing counsel and file a redacted version as applicable with the following information regarding the evidence it may present at trial other than solely for impeachment purposes as soon as practicable **but not later than June 18, 2008,**

> **Trial Exhibits -** A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises.

**Waiver of Objections**: Any and all objections to the use of the witnesses, deposition testimony, discovery responses, or exhibits disclosed pursuant to the above subparagraphs, including any objection pursuant to Fed. R. Civ. P. 32(a) that a deponent is available to testify at the trial shall be made a part of the pretrial order. Failure to list objections (except those under Fed. R. Evid. 402 and 403) is a waiver of such objections, unless excused by the court for good cause shown.

2. **The Final Pretrial Conference** with the undersigned magistrate judge is set for **June 27, 2008, at 10:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. **Trial** is set to commence on **July 22, 2008**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon.

DATED this 6th day of February, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge