# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTTSDALE INSURANCE, et al., ) | |
| ) | 8:06CV16 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| AMERICAN RE-INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court following a conference call with counsel for the parties on March 13, 2008.

**IT IS ORDERED:**

1. **The Final Pretrial Conference** with the undersigned magistrate judge is set for **August 18, 2008, at 9:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. **Trial** is set to commence on **September 8, 2008**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon.

DATED this 14th day of March, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge